# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1268
_____

J.S. III, Father of A.P., Minor
Child,

     Appellant,

     v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

     Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Terrance R. Ketchel, Judge.

June 13, 2018

PER CURIAM.

     AFFIRMED.

BILBREY, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jason Zandecki, Palm Harbor, for Appellant.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Tallahassee, for Appellee Department of Children and Families.

Rocco J. Carbone, III, Appellate Counsel, Law Office of Rocco J. Carbone, III, PLLC, St. Augustine; Thomasina Moore, Statewide Director of Appeals, Sanford, for Guardian ad Litem Program.